DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SHERRI REODERICK a/k/a SHERRI RODERICK and LINDA SPRINGER,
on behalf themselves and all others similarly situated,

Appellants,

v.

FLORIDA HOSPITAL PHYSICIAN GROUP, INC., d/b/a AdventHealth
Medical Group Surgical Specialists at Tampa ("AdventHealth"),

Appellee.

No. 2D23-916
————————————————

March 22, 2024

Appeal from the Circuit Court for Hillsborough County; Darren D.
Farfante, Judge.

John A. Yanchunis of Morgan & Morgan, Tampa, for Appellants.

Mayanne Downs, Ted C. Craig, and Jason Zimmerman of GrayRobinson,
P.A., Orlando, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, KHOUZAM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.